**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **NO. 4:09CR00213-01-SWW**

**KARUTHUS LEWIS PLUMMER**

**ORDER**

Defendant's Motion for Two Point Reduction (Doc. No. 62) based on Sentencing Guideline Amendment 782 is DENIED.

Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. Since Defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, he is not eligible for a reduction.

IT IS SO ORDERED this 22nd day of January, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE