# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**         **4:09-CR-00213-01-SWW**
              **4:16-CV-00415-SWW**

**KARUTHUS LEWIS PLUMMER**

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence based on *Johnson v. United States*[1] (Doc. No. 64) and Motion to Appoint Counsel (Doc. No. 65) are DENIED.

Defendant's sentence was not based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, Defendant was sentenced as a career offender under the Guidelines based on three qualifying drug convictions.

IT IS SO ORDERED this 29th day of June, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).